**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1580

MAJOR MIKE WEBB, d/b/a Friends for Mike Webb (C00591537), agent of Major Mike Webb for Congress (H8VA08167), a/k/a Major Mike for VA, a/k/a Mike Webb for APS Board, agent of Major Mike Webb for APS Board,

Plaintiff - Appellant,

v.

JAMES CHRISTIAN KIMMEL; WUSA9, a/k/a Channel 9; AMERICAN BROADCAST COMPANY INC., a/k/a Jimmy Kimmel Live!; WJLA TV, a/k/a News Channel 8; ABC LEGAL SERVICES; SINCLAIR BROADCAST GROUP; JANE AND JOHN DOES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:22-cv-00392-MHL)

Submitted:  October 31, 2023                    Decided:  November 2, 2023

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mike Webb, Appellant Pro Se.  Patrick John Curran, Jr., Nathan Ellis Siegel, DAVIS WRIGHT TREMAINE, LLP, Washington, D.C.; Laurin Howard Mills, WERTHER &

MILLS, LLC, Alexandria, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mike Webb appeals the district court's order dismissing his second amended complaint for failure to comply with the court's instructions to particularize his claims and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2), and the court's order denying his request for default judgment.  We have reviewed Webb's second amended complaint and conclude that the district court correctly found that Webb failed to provide specific factual allegations in support of his claims.  Furthermore, while Webb argues on appeal that the district court erred in denying his request for default judgment against three of the Defendants, the court properly denied Webb's request on the ground that those Defendants were never served.  *See* Fed. R. Civ. P. 55(a).  Accordingly, we affirm.  *Webb v. Kimmel*, No. 3:22-cv-00392-MHL (E.D. Va. May 3, 2023; May 18, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*